ADAM PAUL LAXALT
Attorney General
BRANDON R. PRICE
Deputy Attorney General
Nevada Bar No. 11686
bprice@ag.nv.gov
5420 Kietzke Lane, Suite 202
Reno, NV 89511
Tel: 775-687-2121
Fax: 775-688-1822`
*Attorneys for Defendant, State of Nevada Department of Public Safety*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CASSIDY HOLLOWELL, <br><br> Plaintiff, <br><br> vs. <br><br> THE STATE OF NEVADA, on relation of the DEPARTMENT OF PUBLIC SAFETY, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 3:16-CV-00725-MMD-WGC <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiff, CASSIDY HOLLOWELL, by and through her counsel, Mark Mausert, Esq. and Calvin Dunlap, and Defendant, STATE OF NEVADA, ex rel. its DEPARTMENT OF PUBLIC SAFETY, by and through its counsel, Adam Paul Laxalt, Attorney General for the State of Nevada, and Brandon Price, Deputy Attorney General, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate and agree to

/ / /

/ / /

/ / /

/ / /

/ / /

dismissal of this action with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 27th day of March, 2017          DATED this 3rd day of April, 2017

By: _____            By: _____
MARK MAUSERT, ESQ.                          ADAM PAUL LAXALT
Nevada Bar No. 2395                         Attorney General
CALVIN R.X. DUNLAP, ESQ.
Nevada Bar No. 2111                         BRANDON R. PRICE, ESQ.
930 Evans Ave.                              Deputy Attorney General
Reno, NV 89512                              Nevada Bar No. 11686
775-786-5477 (Phone)                        5420 Kietzke Lane, Suite 202
775-786-9658 (Fax)                          Reno, NV 89511
                                            775-687-2121 (Phone)
*Attorneys for Plaintiff,*                  775-786-9658 (Fax)
*Cassidy Hollowell*
                                            *Attorneys for Defendant, Nevada*
                                            *Department of Public Safety*

## ORDER

IT IS SO ORDERED this 3rd day of April, 2017.

_____
HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT COURT JUDGE